IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES DOONER, *et al., Individually, and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>HAIER US APPLIANCE SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No. 1:17-cv-01635 JBS-KMW |

### PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT AND RELATED RELIEF

For the reasons set forth in the attached Memorandum of Law in Support of this Motion, Plaintiffs respectfully request this Court enter an Order:

1. Granting final approval to the FLSA Collective Action Settlement and Rule 23 Class Action Settlement, attached as Exhibit 1-A of Swidler Decl. ("Settlement Agreement"), and ordering that all class members who did not opt out are subject to the release of claims set forth therein;

2. Ordering Defendant, pursuant to the Settlement Agreement, to wire $2,150,000 (Two Million, One-Hundred Fifty Thousand Dollars) to the Claims Administrator's Escrow Account no later than 20 days from the Date of the Court's Order (*See* Settlement Agreement at ¶ 3.1(D));

3. Ordering the Claims Administrator to distribute the Settlement Fund to all Class Members consistent with the Settlement Agreement, including the Service Awards specified for Class Representatives;

4. Granting Class Counsel's request for reasonable attorneys' fees of $716,666.00, representing 33 1/3% of the Settlement Fund, which shall be distributed to the Firms per their agreement;

5. Granting Class Counsel's request for reimbursement of their out-of-pocket litigation costs, totaling $68,822.71;

6. Granting the Claims Administrator its reasonable fees and costs incurred in administering the settlement to be paid from the Settlement Fund;

7. Dismissing this matter with prejudice and without costs to either side, except as provided in the Settlement Agreement and the Court's Order Approving Final Settlement.

Respectfully Submitted,

/s/ Justin Swidler
Justin L. Swidler, Esq.
**SWARTZ SWIDLER, LLC**
1101 Kings Highway North, Ste. 402
Cherry Hill, NJ 08034
Phone: (856) 685-7420

/s/ Robert D. Soloff
Robert D. Soloff, Esq.
**ROBERT D. SOLOFF, P.A.**
7805 S.W. 6TH Court
Plantation, Florida 33324
Phone: (954) 472-0002

/s/ Alan Eichenbaum
Alan Eichenbaum, Esq.
**LAW OFFICES OF ALAN EICHENBAUM**
7890 Peters Road
Suite G-102
Plantation, Florida 33324
Phone: (954) 900-4919

Dated: July 2, 2018