# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES DOONER, *et al.*, *Individually, and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>HAIER US APPLIANCE SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No. 1:17-cv-01635 JBS-KMW |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

AND NOW, on this 11th day of July, 2018, upon consideration of Plaintiffs' unopposed motion for final approval of the class and collective action settlement, and upon arguments heard on the record at the July 11, 2018 Final Approval Hearing, and considering that the Court has received no objections by any class member to the settlement, the Court:

1. Finds the Settlement Agreement (ECF Doc. No. 49-3) is a fair and reasonable compromise of disputed claims. The Settlement Agreement is granted final approval by this Court. All class members who did not opt out are subject to the release of claims set forth therein;

2. Orders Defendant, pursuant to the Settlement Agreement, to wire $2,150,000 (Two Million, One-Hundred Fifty Thousand Dollars) to the Claims Administrator's Escrow Account no later than 20 days from the Date of the Court's Order (*See* Settlement Agreement at ¶ 3.1(D));

3. Orders the Claims Administrator to distribute the Settlement Fund to all Class Members consistent with the Settlement Agreement, including the Service Awards specified for Class Representatives;

1

4. Grants Class Counsel's request for reasonable attorneys' fees of $716,666.00, representing 33 1/3% of the Settlement Fund, which shall be distributed to the Firms per their agreement;

5. Grants Class Counsel's request for reimbursement of their out-of-pocket litigation costs, totaling $68,822.71;

6. Grants the Claims Administrator its reasonable fees and costs incurred in administering the settlement to be paid from the Settlement Fund;

7. Dismisses this matter with prejudice and without costs to either side, except as provided in the Settlement Agreement and this Order.

BY THE COURT:

The Honorable Karen M. Williams, USMJ